U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W    $ 000.41⁶
0001401603 JUL. 21. 2015

DD 101

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE
PRIVATE USE $11

PRESORTED
FIRST CLASS

RE: WR-82,579-01

**RETURN TO SENDER**
**RELEASED FROM CUSTODY OF**
**HARRIS COUNTY SHERIFF'S OFFICE**



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711